# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  06-mj-01073 |
| RONALD BANKS | |

**THE DEFENDANT:**  Pleaded guilty to counts 1 and 2 of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 844 and 18 USC § 13 CRS 18-18-428 | Simple possession of a controlled substance and possession of drug paraphernalia | 2/4/2006 | 1 and 2 |

Defendant to complete a drug evaluation and classes at ACT.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $25.00 | $500.00 |

4/14/2006
Date of Imposition of Judgment

S/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

4/14/2006
Date